# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francis Luna-Lara, | No. CV-16-01532-PHX-ROS (MHB) |
| Petitioner, | **ORDER** |
| v. | |
| United States of America, | |
| Respondent. | |

On November 10, 2016, Magistrate Judge Michelle H. Burns issued a Report and Recommendation recommending Respondent's Motion to Stay (Doc. 13) be granted. Neither party filed an objection.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 25) is **ADOPTED**.

**IT IS FURTHER ORDERED** the Motion to Stay (Doc. 13) is **GRANTED** to the extent Respondent shall file its opposition or other response to Petitioner's amended § 2255 motion no later than 30 days after the Supreme Court issues a decision in *Dimaya*.

Dated this 8th day of December, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge